# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

### CHARLESTON DIVISION

| | |
|---|---|
| Plaintiffs AW, WL, RC, MJ, CM, and HH on behalf of themselves and all others similarly situated, and Protection and Advocacy for People with Disabilities, Inc., a South Carolina non-profit corporation, </br></br>        Plaintiffs,</br></br>v.</br></br>John H. Magill, in his official capacity as the Director of the South Carolina Department of Mental Health; the South Carolina Department of Mental Health; and the South Carolina Mental Health Commission,</br></br>        Defendants. | Civil Action No. 2:17-1346-RMG </br></br></br></br></br></br></br></br></br>**MOTION TO BE RELIEVED AS COUNSEL** |

Attorney William H. Davidson, II, counsel for Defendants, respectfully moves to be relieved as counsel for Defendants. As of January 31, 2018, this file was transferred to the Law Firm of Lindemann, Davis & Hughes per the clients' request. I have consulted with the South Carolina Department of Mental Health and they consent to this motion.

WHEREFORE, the undersigned respectfully requests that the Court grant his motion to be relieved as counsel for Defendants.

                                              DAVIDSON, WREN & PLYLER, P.A.

                                  BY:   s/William H. Davidson, II
                                                WILLIAM H. DAVIDSON, II   ID #: 425
                                                Post Office Box 8568
                                                Columbia, South Carolina 29202
                                                wdavidson@dml-law.com
                                                (803) 806-8222

                                      ATTORNEY FOR DEFENDANTS

COLUMBIA, SOUTH CAROLINA

APRIL 12, 2018