# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| Plaintiffs AW, WL, RC, MJ, CM, and HH on behalf of themselves and all others similarly situated, and Protection and Advocacy for People with Disabilities, Inc., a South Carolina non-profit corporation, | Civil Action No. 2:17-1346-RMG |
| Plaintiffs, | **MOTION TO BE RELIEVED AS COUNSEL** |
| v. | |
| John H. Magill, in his official capacity as the Director of the South Carolina Department of Mental Health; the South Carolina Department of Mental Health; and the South Carolina Mental Health Commission, | |
| Defendants. | |

Attorney Sarah Garland St. Onge, counsel for the Plaintiffs, respectfully moves to be relived as counsel for the Plaintiffs. As of November 30, 2018, I will no longer be an attorney with Protection and Advocacy for People with Disabilities, Inc. I have consulted with all the named Plaintiffs and with Protection and Advocacy for People with Disabilities, Inc., and they are aware that I will no longer be representing the Plaintiffs in this action upon the order of the court pursuant to this motion.

WHEREFORE, the undersigned respectfully requests that the Court grant her motion to be relived as counsel for the Plaintiffs.

        PROTECTION AND ADVOCACY FOR PEOPLE
        WITH DISABILITIES, INC.


BY:     s/Sarah Garland St. Onge
        Sarah Garland St. Onge #9875
        Protection and Advocacy for People
        With Disabilities, Inc.
        3710 Landmark Drive, Suite 208
        Columbia, SC 29223
        stonge@pandasc.org
        803-217-6706

COLUMBIA, SC

November 5, 2018