IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Plaintiffs, AW, WL, RC, MJ, CM, and HH on behalf of themselves and all others similarly situated, and Protection and Advocacy for People with Disabilities, Inc., a South Carolina non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark W. Binkley, in his official capacity as the Director of the South Carolina Department of Mental Health; the South Carolina Department of Mental Health; and the South Carolina Mental Health Commission,<br><br>Defendants. | Civil Action No. 2:17-cv-01346-RMG<br><br><br><br>STIPULATION OF DISMISSAL<br>AS TO PLAINTIFF A.W. ONLY |

On or about January 22, 2019, Plaintiff A.W. passed away. His death extinguished claims made in this lawsuit for injunctive relief. *See Fariss v. Lynchburg Foundry,* 769 F.2d 958, 964 n. 8 (4th Cir.1985) (claims for injunctive relief do not generally survive the death of the plaintiff).

As to any further claims in the lawsuit, Plaintiff A.W. is, by consent of the parties, dismissed without prejudice. This dismissal is not intended to, and does not, prejudice any potential claims against Defendants or any related party that may belong to the estate of A.W.

**PROTECTION AND ADVOCACY FOR PEOPLE WITH DISABILITIES, INC.**

By:  s/ *Thornwell Simons*
THORNWELL SIMONS, (Fed. Id#96511)
3710 Landmark Drive, Suite 208
Columbia, SC  29204
(803) 782-0639, Ext. 236
simons@pandasc.org


**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By:  s/ *Sarah T. Eibling*
SARAH T. EIBLING, (Fed. Id #9799)
1320 Main Street, Suite 1700
Columbia, SC  29201
(803)255-9756
Sarah.eibling@nelsonmullins.com


**BAZELON CENTER FOR MENTAL HEALTH LAW**

MAURA MARTIN KLUGMAN, (*Pro Hac Vice*)
MARK J. MURPHY, (*Pro Hac Vice*)
1101 15th Street, NW, Suite 1212
Washington, DC 20005
maurak@bazelon.org
markm@bazelon.org

*ATTORNEYS FOR PLAINTIFFS*


**LINDEMANN, DAVIS & HUGHES, P.A**.

By:  s/ *Andrew F. Lindemann*
ANDREW F. LINDEMANN, (Fed. Id. #5070)
JOEL S. HUGHES (Fed. Id. # 9796)
5 Calendar Court | Post Office Box 6923
Columbia, SC 29260
T: 803-881-8920
andrew@ldh-law.com
joel@ldh-law.com
*ATTORNEYS FOR DEFENDANTS*